**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 02-2025**

---

DARRYL ALLMOND,

                                    Plaintiff - Appellant,

          versus

JAMES     DUNNING;     ALEXANDRIA     SHERIFF'S
DEPARTMENT; CITY OF ALEXANDRIA; DEPUTY COZZA;
DEPUTY WINSTEAD; DEPUTY MASON; SERGEANT ELLER;
RICHARD R. RUSCAK; JOHN DOE; JANE DOE,

                                    Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  James C. Cacheris, Senior
District Judge.  (CA-02-1106-A)

---

Submitted:  December 16, 2002      Decided:  December 19, 2002

---

Before LUTTIG, MICHAEL, and MOTZ, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Darryl Allmond, Appellant Pro Se.  Christina Elaine Kearney,
SHUFORD, RUBIN & GIBNEY, Richmond, Virginia; George Arthur
McAndrews, OFFICE OF THE CITY ATTORNEY, Alexandria, Virginia, for
Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Darryl Allmond seeks to appeal the district court's order denying his motion for a temporary restraining order. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed. R. Civ. P. 54(b); <u>Cohen v. Beneficial Indus. Loan Corp.</u>, 337 U.S. 541 (1949). The order Allmond seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

2